UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 4:08-cr-40 |
| v. ) | |
| ) | Judge Mattice |
| NATHANIEL ALLEN ) | Magistrate Judge Lee |

# ORDER

United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (c) and Federal Rule of Criminal Procedure 59(a). [Court Doc. 20.] Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 59(a).

Accordingly, the Court **ORDERS** that the Motion and Memorandum to Suppress [Court Doc. 13] and the Supplement to Memorandum to Suppress [Court Doc. 19] be **DENIED**.

SO ORDERED this 25th day of March, 2009.

                                                */s/Harry S. Mattice, Jr.*
                                                HARRY S. MATTICE, JR.
                                                UNITED STATES DISTRICT JUDGE